JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Nationstar Mortgage LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 15-43468 |
| **Maria Rhea Ramilo Marin**, | § | |
| | § | Chapter: 13 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

    PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Nationstar Mortgage LLC, its assignees and/or successors in the above-referenced bankruptcy case.

    McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

    McCarthy & Holthus, LLP
    1770 Fourth Avenue
    San Diego, CA 92101
    (877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Nationstar Mortgage LLC, its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 12/9/2015  McCarthy & Holthus, LLP

By: /s/ Merdaud Jafarnia, Esq.
Merdaud Jafarnia, Esq.,
Attorneys for Nationstar Mortgage LLC, its assignees and/or successors

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Merdaud Jafarnia, Esq. SBN 217262 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |
| 6 | Attorneys for Nationstar Mortgage LLC, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 15-43468 |
| | ) |
| Maria Rhea Ramilo Marin, | ) Chapter 13 |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE OF** |
| | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |
| | ) |
| | ) Judge: William J. Lafferty |

1

File No. CA-15-121444
Certificate of Service, Case No. 15-43468

Case: 15-43468    Doc# 12    Filed: 12/10/15    Entered: 12/10/15 18:00:55    Page 3 of 4

# CERTIFICATE OF SERVICE

On 12/10/2015, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.OA.ECF@usdoj.gov

**DEBTOR(S) COUNSEL**
Patrick L. Forte
pat@patforte.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Cynthia Penaloza
Cynthia Penaloza

On 12/10/2015, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Maria Rhea Ramilo Marin, 39800 Fremont Blvd #163, Fremont, CA 94538

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540

BORROWER(S)
John Erick Marin, 8002 Agua Dulce, San Antonio, TX 78249

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/10/2015    /s/ Christian Aguialr
Christian Aguialr

2

File No. CA-15-121444
Certificate of Service, Case No. 15-43468
Case: 15-43468   Doc# 12   Filed: 12/10/15   Entered: 12/10/15 18:00:55   Page 4 of 4