# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward , CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

September 25, 2017

Patrick L Forte Atty
1624 Franklin St #911
Oakland, CA 94612

Chapter 13 Case No.: 15-43468-WJL13
Re: Maria Rhea Ramilo Marin

Based on an audit of this case, the Trustee has determined that the plan will not fund within the term of the confirmed plan.

The case will run 67 months. This is 7 months over the 60 month term per the confirmed plan (Doc# 20). The reason(s) are:

plan fails to pay secured, priority, and administrative claims.

Failure to correct this/these issues could result in a Motion to Dismiss.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:
Maria Rhea Ramilo Marin
39800 Fremont Blvd #163
Fremont, CA  94538