Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266 - 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re | |
|---|---|
| Maria Rhea Ramilo Marin | Chapter 13 Case No. 15-43468-WJL13 |
| debtor(s) | |

**Trustee's Motion and Declaration to**
**Dismiss or Convert Proceedings and Notice Thereon**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order Dismissing or converting these proceedings upon the grounds that after a recent audit of this case, the plan is clearly unfeasible. Based on the claims filed the case will run 67.00 months. This is 7 over 60, the months per the confirmed plan.

NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in writing stating specific grounds for objecting to the dismissal or conversion of these proceedings to the court and served on the trustee no later than twenty-one (21) days from the date of service of this motion. Trustee will then schedule a hearing date and notice debtor and the attorney of record of said hearing date.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 20, 2017              /s/ Martha G. Bronitsky
                                     Signature of Martha G. Bronitsky
                                     Chapter 13 Standing Trustee

| | | |
|---|---|---|
| 1 | In re | |
| 2 | Maria Rhea Ramilo Marin<br>debtor(s) | Chapter 13 Case No. 15-43468-WJL13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Maria Rhea Ramilo Marin<br>39800 Fremont Blvd #163<br>Fremont, CA 94538 | Patrick L Forte Atty<br>1624 Franklin St #911<br>Oakland, CA 94612 |
| (Debtor(s)) | (Counsel for Debtor) |
| Date: 11/20/2017 | /s/ OLGA GONZALEZ<br>OLGA GONZALEZ |